# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARLON HENRIQUE MEDINA SOTO,

Plaintiff,

v.

TIMOTHY S. ROBBINS, *Field Director of the Los Angeles Field Office of Immigration and Customs Enforcement*, et al.,

Defendants.

Case No.  1:25-cv-01954-KES-EGC (HC)

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 20)

On April 30, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 20).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **July 2, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE